JOHN SCHLENKER, JR., ET AL., v. ABRAM L. SUSSMAN.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the applicant, *Samuel D. Williams.*

*Contra, Francis A. Gordon.*

PER CURIAM.
The application for the rule is denied, with costs.

STATE OF NEW JERSEY v. JOHN J. GALL ET AL.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the state, *Abe J. David* and *Walter C. Tenney.*

For the defendant, *Francis A. Gordon.*

PER CURIAM.
The application for the writ of *certiorari* is denied.